IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHADWICK S KNOLTON,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOHN SAWYER, et al.,<br><br>    *Defendants.* | Case No. 5:25-cv-343-TES-CHW |

ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Before the Court is the United State Magistrate Judge's Recommendation [Doc. 7] to dismiss Plaintiff's Complaint [Doc. 1] and to deny Plaintiff's pending motions [Doc. 2]; [Doc. 3]; [Doc. 4] as moot. Plaintiff has not timely filed an objection or sought an extension of time to file an objection within the 14-day period outlined in the magistrate judge's Recommendation. [Doc. 7, p. 2]. Thus, the Court reviews the Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1), *in connection with* Fed. R. Civ. P. 6(a)(1) & (d).

    Having considered the Recommendation, the Court finds no clear enumeration of error and agrees with the findings and conclusions of the United States Magistrate Judge. Therefore, the Court **ADOPTS** the United States Magistrate Judge's Report and Recommendation [Doc. 7] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **DISMISSES** Plaintiff's Complaint [Doc. 1] without prejudice

and further **DENIES** Plaintiff's pending motions as moot.

    **SO ORDERED**, this 14th day of October, 2025.

S/ Tilman E. Self, III<br>
**TILMAN E. SELF, III, JUDGE**<br>
**UNITED STATES DISTRICT COURT**