IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CHADWICK S KNOLTON,                          *

                   Plaintiff,               *

v.                                                        Case No. 5:25-CV-343-TES-CHW

                              *

JOHN SAWYER, et al.,

                              *

                 Defendants.

_____                *

**J U D G M E N T**

Pursuant to this Court's Order dated February 10, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 10th day of February, 2026.

                         David W. Bunt, Clerk

                         s/ Michelle Paschal, Deputy Clerk